FILED
IN CLERKS OFFICE
2023 JUN 30 PM 3: 56

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Doe, a pseudonym,<br><br>Plaintiff,<br><br>v.<br><br>Massachusetts Institute of Technology,<br><br>Defendant. | Civil Action No. 23-11490-PBS<br><br>**PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM** |

## PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, John Doe, who is currently self-represented, respectfully requests that this Court permit him to proceed under the pseudonym 'John Doe' in the action referenced above. The reasons for this request are detailed in the accompanying sealed Declaration of Plaintiff John Doe In Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym. Plaintiff requests that this declaration be filed under seal with the Court.

Dated: Boston, Massachusetts
June 30, 2023

Respectfully submitted,

By: /s/ *John Doe*

---

7/5/23
My son works at the Broad Institute and receives funding from MIT. The parties shall inform me within 14 days whether there is an objection to my presiding over this case.
Patti B Saris