FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2023 JUN 30 PM 3: 56

| | |
|---|---|
| John Doe, a pseudonym,<br><br>  Plaintiff,<br><br>v.<br><br>Massachusetts Institute of Technology,<br><br>  Defendant. | Civil Action No. 23-11490 PBS<br><br>**PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM** |

## PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, John Doe, who is currently self-represented, respectfully requests that this Court permit him to proceed under the pseudonym 'John Doe' in the action referenced above. The reasons for this request are detailed in the accompanying sealed Declaration of Plaintiff John Doe In Support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym. Plaintiff requests that this declaration be filed under seal with the Court.

Dated: Boston, Massachusetts
       June 30, 2023

                    Respectfully submitted,

                    By: /s/ *John Doe*

7/31/23
Allowed
Patti B Saris