UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br>          Plaintiff<br>   v.<br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>          Defendant | Civil Action No.: 1:23-cv-11490-PBS |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 10(a) and 12(b)(6), defendant Massachusetts Institute of Technology ("MIT") moves for entry of an order dismissing Plaintiff's complaint in its entirety.

Plaintiff formerly was employed by MIT. He claims that MIT retaliated against him in violation of Title IX of the Education Amendments Act of 1972 for complaining about sex discrimination in the workplace.

The complaint should be dismissed for several reasons: (1) it violates Rule 10 by failing to name all parties, including Plaintiff; (2) it fails to state a claim for retaliation under Title IX because it fails plausibly to allege a causal connection between any protected activity and an employment action materially adverse to Plaintiff; and (3) it also fails to state a claim because it fails plausibly to allege any retaliation attributable to MIT.

In support of its motion, MIT submits the accompanying Memorandum.

### Conclusion

MIT requests that the Court enter an order dismissing the complaint with prejudice.

| | |
|---|---|
| October 18, 2023 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, |
| | /s/ *Daryl J. Lapp* |
| | Daryl J. Lapp, BBO# 554980 |
| | daryl.lapp@lockelord.com |
| | Samantha M. Vasques, BBO #691957 |
| | samantha.vasques@lockelord.com |
| | LOCKE LORD, LLP |
| | 111 Huntington Avenue, 9th Floor |
| | Boston, MA  02199 |
| | 617.239.0100 |

## CERTIFICATE OF SERVICE

I certify that on October 18, 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:

John Doe (a pseudonym) – by electronic and first-class mail

/s/ *Samantha M. Vasques*
Samantha M. Vasques

## LOCAL RULE 7.1 CERTIFICATION

I certify that I have attempted to confer with Plaintiff in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Daryl J. Lapp*
Daryl J. Lapp