UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br><br>        Plaintiff<br><br>   v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant | Civil Action No.: 1:23-cv-11490-PBS |

**DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

The defendant Massachusetts Institute of Technology ("MIT") moves for entry of an order extending by seven days – to January 11, 2024 – its deadline to answer or otherwise respond to Plaintiff's Amended Complaint.  In support of its motion, MIT states as follows.

Plaintiff formerly was employed by MIT.  He claims that MIT unlawfully retaliated against him for complaining about sex discrimination in the workplace.  He filed his original Complaint on June 30, 2023.  Dkt. 1.  MIT filed a motion to dismiss for failure to state a claim on October 18, 2023.  Dkt. 12.  After seeking two extensions of time to respond to MIT's motion to dismiss, Plaintiff ultimately filed an Amended Complaint on December 21, 2023.  Dkt. 19.  Absent an extension, MIT's response to the Amended Complaint would be due January 4, 2023.  Fed. R. Civ. P. 15(a)(3).

Due to the intervening holidays and other pressing commitments of counsel, MIT requests to extend by just seven days – to January 11, 2024 – its deadline to answer or otherwise respond to the Amended Complaint.  The requested extension will not prejudice any party, nor will it unduly delay the resolution of this matter.  This is MIT's first request for the extension of any deadline in the case.

For these reasons, MIT respectfully requests that its motion be allowed.

| | |
|---|---|
| December 28, 2023 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, |
| | */s/ Daryl J. Lapp* <br> Daryl J. Lapp, BBO# 554980 <br> daryl.lapp@lockelord.com <br> Margaret Brown, BBO #712003 <br> margaret.brown@lockelord.com <br> LOCKE LORD, LLP <br> 111 Huntington Avenue, 9th Floor <br> Boston, MA  02199 <br> 617.239.0100 |

### Certificate of Service

I certify that on December 28, 2023, I caused a copy of this document to be served upon the plaintiff by email and first-class mail.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

### LOCAL RULE 7.1 CERTIFICATION

I certify that I have attempted to confer with Plaintiff in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Daryl J. Lapp*
Daryl J. Lapp