UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br><br>   Plaintiff<br><br> v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>   Defendant | Civil Action No.: 1:23-cv-11490-PBS |

**DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 10(a), defendant Massachusetts Institute of Technology ("MIT") moves for entry of an order dismissing Plaintiff's First Amended Complaint.

Plaintiff alleges that he was employed by MIT. He claims that MIT retaliated against him in violation of Title IX of the Education Amendments Act of 1972 for complaining about sex discrimination in the workplace. The complaint violates Rule 10 because it fails to name all parties, including Plaintiff. Plaintiff purports to proceed pseudonymously as John Doe, but without seeking leave to do so and with no basis for proceeding pseudonymously.

MIT requests that the Court enter an order dismissing the First Amended Complaint with prejudice. In support of its motion, MIT submits the accompanying Memorandum.

                MASSACHUSETTS INSTITUTE OF
                TECHNOLOGY,

                */s/ Daryl J. Lapp*
                Daryl J. Lapp, BBO# 554980
                 daryl.lapp@lockelord.com
                Margaret Brown, BBO #712003
                 margaret.brown@lockelord.com
                LOCKE LORD, LLP
                111 Huntington Avenue, 9th Floor
                Boston, MA  02199
January 9, 2024            617.239.0100

## Certificate of Service

I certify that on January 9, 2024, I caused a copy of this document to be served upon the plaintiff by email and first-class mail.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

## LOCAL RULE 7.1 CERTIFICATION

I certify that I have attempted to confer with Plaintiff in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

135802945v.3