UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (pseudonym),<br><br>    Plaintiff,<br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Civil Action No.: 1:23-cv-11490-PBS |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
AND MOTION FOR AN EXTENSION OF TWO (2) DAYS
TO FILE MEMORANDUM AND EXHIBITS IN SUPPORT OF THIS OPPOSITION**

Plaintiff John Doe ("Plaintiff") hereby opposes the Defendant's Motion to Dismiss the First Amended Complaint (ECF #26) and further respectfully requests an extension of two (2) days until January 25, 2024 to file a memorandum of law and exhibits to accompany this opposition. In support of this opposition and motion, Plaintiff states as follows:

1. The Massachusetts Institute of Technology ("Defendant") has moved to dismiss Plaintiff's First Amended Complaint on the sole ground that Plaintiff has filed it using a pseudonym.

2. However, the First Circuit instructed in *Doe v. Mass. Inst. of Tech.*, 46 F.4th 61, 70 *(1st Cir. 2022)* that when a party seeks to litigate using a pseudonym, the appropriate procedure is adjudication of a motion to proceed by pseudonym, not immediate dismissal of the case. The Defendant acknowledges the same (ECF #27).

3. As Plaintiff seeks to further explain in an accompanying memorandum of law, his Motion to Proceed Under Pseudonym merits consideration and is not moot.

2. Plaintiff respectfully seeks an extension of two (2) days to file the accompanying memorandum of law and exhibit(s) in support of this opposition. Good cause exists because Plaintiff is *pro se* and requires additional time to familiarize himself with the relevant law.

4. Additional good cause exists because Plaintiff sought to to communicate with Defendant pursuant to Local Rule 7.1(b) and has required an additional step to do so, verifying his email address on the bottom of this pleading.

5. This extension of two (2) days is not sought for the purpose of delay and will not prejudice Defendant.

RESPECTFULLY SUBMITTED

DATED: January 23, 2024

By: */John Doe/*

John Doe

26 New Derby St #301

Salem, MA 01970

john.doe.cv11490@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this opposition and motion in Civil Action No. 1:23-cv-11490-PBS was served on January 23, 2024 to Daryl J. Lapp, counsel for the Defendant, via postage paid, stamped, first class mail addressed to Daryl J. Lapp, Locke Lord LLP, 111 Huntington Avenue, Boston, MA 02199.

/s/ John Doe

John Doe