UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2024 FEB -6 PM 4: 26

| | |
|---|---|
| JOHN DOE (pseudonym),<br><br>    Plaintiff,<br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Civil Action No.: 1:23-cv-11490-PBS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS AND REDACT CERTAIN INFORMATION FROM THE PUBLIC FILING**

Plaintiff John Doe ("Plaintiff") hereby respectfully requests to leave to file documents and to redact certain non-public information from the public filing, for the grounds and reasons stated below. In support of this motion, Plaintiff states as follows:

1.  Plaintiff sought an extension of time, until February 6, 2024, from this Honorable Court to file Plaintiff's Memorandum in Support of Opposition to Defendant's Motion to Dismiss First Amended Complaint and supporting exhibits. Doc No. 29.

2.  The extension has not yet been granted.

3.  Plaintiff therefore seeks this Honorable Court's leave to file the following three documents pursuant to that request, with the redactions specified below.

4.  Plaintiff has redacted the following documents to not publicly disclose the same information Plaintiff seeks to protect through his pending Motion for Leave to Proceed Under Pseudonym, which he filed *ex parte* concurrently with the Complaint. Doc No. 1, at 1.

5.  Plaintiff seeks leave to file the document "Plaintiff's Memorandum in Support of Opposition to Defendant's Motion to Dismiss First Amended Complaint" with these redactions (Exhibit 1). A redacted version will be filed on the docket. An unredacted version will be

submitted to this Honorable Court and served on today's date on Defendant Massachusetts Institute of Technology ("MIT").

6. Plaintiff seeks leave to file the document "Plaintiff's Declaration in Support of Opposition to Defendant's Motion to Dismiss First Amended Complaint" with these redactions (Exhibit 2). An unredacted version will be submitted to this Honorable Court and served on today's date on Defendant Massachusetts Institute of Technology ("MIT").

7. Plaintiff seeks leave to file and serve the document "Plaintiff's Motion To Enforce Deadline To Respond To First Amended Complaint, And Memorandum Of Law" (Exhibit 3), without redactions.

WHEREFORE, Plaintiff respectfully seeks leave to file Exhibit 1 (redacted), Exhibit 2 (redacted), and Exhibit 3 on the public docket, while filing the unredacted versions with this Honorable Court and serving them on MIT.

Respectfully submitted,

Dated: February 6, 2024

JOHN DOE

/s/ John Doe
John Doe
26 New Derby St #301
Salem, MA 01970
john.doe.cv11490@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed in person with the Clerk of the Court on February 6, 2024, will be served on February 6, 2024 via postage paid, stamped, first class mail addressed to Daryl J. Lapp, Locke Lord LLP, 111 Huntington Avenue, Boston, MA 02199.

/s/ John Doe
John Doe