UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
01/25/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL

ZIP 02210
041M11276665



John Doe
26 New Derby Sreet, #301
Salem, MA 01970

NIXIE   015   DE  1         0002/03/24
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 02210302599      *1569-09018-03-36

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/2/2024 at 12:18 PM EST and filed on 1/2/2024

**Case Name:** Doe v. Massachusetts Institute of Technology
**Case Number:** 1:23-cv-11490-PBS
**Filer:**
**Document Number:** 22(No document attached)

**Docket Text:**
**Judge Patti B. Saris: ELECTRONIC ORDER entered finding as moot [18] Plaintiff's Motion for a Final Ten-Day Extension to File Response as to [12] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (Geraldino-Karasek, Clarilde)**

**1:23-cv-11490-PBS Notice has been electronically mailed to:**

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/2/2024 at 4:51 PM EST and filed on 1/2/2024

**Case Name:** Doe v. Massachusetts Institute of Technology
**Case Number:** 1:23-cv-11490-PBS
**Filer:**
**Document Number:** 23(No document attached)

**Docket Text:**
**Judge Patti B. Saris: ELECTRONIC ORDER entered Allowed re [20] Motion for Extension of Time to File Answer re [19] Amended Complaint.**

**Massachusetts Institute of Technology ANSWER due by 1/11/2024.**

**(Geraldino-Karasek, Clarilde)**

**1:23-cv-11490-PBS Notice has been electronically mailed to:**

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/2/2024 at 12:15 PM EST and filed on 1/2/2024

**Case Name:** Doe v. Massachusetts Institute of Technology
**Case Number:** 1:23-cv-11490-PBS
**Filer:**
**Document Number:** 21(No document attached)

**Docket Text:**
**Judge Patti B. Saris: ELECTRONIC ORDER entered Denied as Moot re [12] Motion to Dismiss for Failure to State a Claim (Geraldino-Karasek, Clarilde)**

**1:23-cv-11490-PBS Notice has been electronically mailed to:**