UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant | Civil Action No.: 1:23-cv-11490-PBS |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

The defendant Massachusetts Institute of Technology ("MIT") submits this opposition to Plaintiff's motion to enforce a deadline for MIT to respond to Plaintiff's First Amended Complaint. The motion is entirely without merit, as MIT timely responded to the First Amended Complaint by moving to dismiss it.[1]

**Relevant Procedural Background**

Plaintiff is a former employee of MIT, who claims his termination was in retaliation for opposing discrimination and harassment on the basis of sex and gender in the workplace. He filed his original Complaint on June 30, 2023, as "John Doe." Dkt. 1. Although the Complaint alleged that Plaintiff had filed a Motion to Proceed Under Pseudonym concurrently with the filing of his Complaint, *id.* at 1 n.1, the docket reveals no such motion.

Plaintiff then waited nearly three months, until September 27, 2023, to serve the Complaint. MIT promptly filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim and pursuant to Fed. R. Civ. P. 10(a) because the Complaint failed to name all parties. Dkt. Nos. 12, 13.

---

[1] Plaintiff also filed his motion without attempting to confer with MIT's counsel, contrary to Local Rule 7.1.

*[Handwritten note:]* 2/12/24 MIT's motion to dismiss under Fed. R. Civ. P. 41(b) is denied. MIT shall answer the complaint or move to dismiss under Fed. R. Civ. P. 12 within 2 weeks. Patti B. Saris