UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym), | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No.: 1:23-cv-11490-PBS |
| | : |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | : |
| | : |
|     Defendant. | : |

## WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance on behalf of defendant, Massachusetts Institute of Technology in the above matter.

Dated: February 23, 2024

Defendant,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

*/s/ Samantha M. Vasques*
Samantha M. Vasques, BB0# 691957
MEAD, TALERMAN & COSTA LLC
30 Green Street
Newburyport, MA 01950
978.463.7700
sam@mtclawyers.com

## CERTIFICATE OF SERVICE

I certify that on February 23, 2024, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:

John Doe (a pseudonym) – by electronic and first-class mail

*/s/ Samantha M. Vasques*
Samantha M. Vasques

136368387v.1