UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br><br>      Plaintiff<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Defendant | Civil Action No.: 1:23-cv-11490-PBS |

**DEFENDANT'S MOTION TO RECONSIDER THE ORDER ALLOWING PLAINTIFF TO PROCEED UNDER A PSEUDONYM**

Defendant Massachusetts Institute of Technology ("MIT") moves the Court to reconsider its order allowing Plaintiff to proceed under the pseudonym John Doe. The Order was entered without MIT having an opportunity to address Plaintiff's arguments for leave to proceed under a pseudonym and those arguments have no merit.

Accordingly, MIT respectfully requests that the Court reconsider its earlier order; vacate that order; and enter a new order requiring Plaintiff to proceed under his own name. In support of its motion, MIT submits the accompanying Memorandum.

                                              MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

                                              */s/ Daryl J. Lapp*
                                              Daryl J. Lapp, BBO# 554980
                                                 daryl.lapp@lockelord.com
                                              Margaret Brown, BBO #712003
                                                 margaret.brown@lockelord.com
                                              LOCKE LORD, LLP
                                              111 Huntington Avenue, 9th Floor
                                              Boston, MA  02199

April 5, 2024                                       617.239.0100

## Certificate of Service

I certify that on April 5, 2024, I caused a copy of this document to be served upon the plaintiff by first-class mail.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

## LOCAL RULE 7.1 CERTIFICATION

I certify that I have attempted to confer with Plaintiff in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

2