## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE (pseudonym),

      Plaintiff,

  v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

      Defendant.

Civil Action No.: 1:23-cv-11490-PBS

---

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION

Plaintiff John Doe ("Plaintiff"), proceeding pro se, respectfully opposes Defendant

Massachusetts Institute of Technology's ("MIT") Motion for Reconsideration (Doc. No. 47) of

this Court's order granting Plaintiff the use of a pseudonym in this action. For the reasons set

forth in the accompanying memorandum of law filed in support of this opposition, Plaintiff states

as follows:

    1.    Plaintiff respectfully requests that this Honorable Court deny MIT's motion for

reconsideration and continue to allow Plaintiff's use of a pseudonym in this action.

    2.    In the alternative, if the Court is inclined to reconsider its order allowing

pseudonymity, Plaintiff respectfully requests that the Court: (a) allow the continued use of

pseudonyms temporarily to enable sufficient time for development of the record as set forth in

Plaintiff's supporting memorandum; and (b) if the use of pseudonyms is ultimately denied,

dismiss Plaintiff's claims without prejudice and with leave to amend, rather than entering

dismissal on the merits.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law, Plaintiff John Doe respectfully requests that this Honorable Court deny Defendant MIT's Motion for Reconsideration. In the alternative, if the Court is inclined to reconsider its order allowing pseudonymity, Plaintiff respectfully requests that the Court: (a) allow the continued use of pseudonyms temporarily to enable sufficient time for development of the record as set forth in Plaintiff's supporting memorandum; and (b) if the use of pseudonyms is ultimately denied, dismiss Plaintiff's claims without prejudice and with leave to amend, rather than entering dismissal on the merits.


Respectfully submitted,

Dated: April 22, 2024

JOHN DOE

/s/ John Doe_____
John Doe
26 New Derby St #301
Salem, MA 01970
john.doe.cv11490@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed in person with the Clerk of the Court on April 25, 2024, will be served on April 25, 2024 via postage paid, stamped, first class mail addressed to Daryl J. Lapp, Locke Lord LLP, 111 Huntington Avenue, Boston, MA 02199.

/s/ John Doe
John Doe