```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                    )
JOHN DOE, a pseudonym               )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action
                                    )   No. 23-11490
MASSACHUSETTS INSTITUTE OF          )
TECHNOLOGY,                         )
                                    )
            Defendant.              )
_____)

**MEMORANDUM AND ORDER**

July 22, 2024

Saris, D.J.

When Plaintiff John Doe filed his complaint alleging retaliation in violation of Title IX of the Education Amendments Act of 1972, he also moved ex parte to proceed pseudonymously. See Dkts. 1-2. He argued that revealing his true name would endanger him by "outing" him as transgender. The Court allowed the ex parte motion. See Dkt. 6. On this motion for reconsideration (Dkt. 46), Defendant Massachusetts Institute of Technology ("MIT") asserts that Doe is already "out" as transgender. See Dkt. 47 at 3. Doe concedes he is "out," but maintains that the scale of his exposure would increase if he proceeded in this litigation under his true name. See Dkt. 36 at 10-11.

This case does not present the "exceptional circumstances" in which a "party['s] anonymity ordinarily [is] warranted." See Doe

v. Mass. Inst. of Tech., 46 F.4th 61, 71-72 (1st Cir. 2022). Doe does not contend he was discriminated against based on his transgender status. Rather, he alleges MIT retaliated against him for voicing concerns about perceived gender and sex discrimination against others in his lab. Dkt. 19 at 6-8. It is not clear why or how Doe's gender identity would even come up in this litigation. See Dkt. 19. To the extent there is reference to his being transgender, Doe may redact or seal the document. MIT's motion to reconsider (Dkt. 46) is **ALLOWED**. This ruling is sealed.

SO ORDERED.

/s/PATTI B. SARIS
Patti B. Saris
United States District Judge