UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (a pseudonym),<br><br>        Plaintiff<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant | Civil Action No.: 1:23-cv-11490-PBS |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION UNDER SEAL**

On or about August 19, 2024, Plaintiff filed a "Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. (59)(e)," which is under seal. The motion concerns Plaintiff's desire to proceed in this case pseudonymously.

Defendant Massachusetts Institute of Technology ("MIT") will file a brief opposition to Plaintiff's motion. Because Plaintiff filed his motion under seal, MIT requests leave to file its opposition in the same manner, to remain under seal until further order of the Court.

                                        MASSACHUSETTS INSTITUTE OF
                                        TECHNOLOGY,

                                        */s/ Daryl J. Lapp*
                                        Daryl J. Lapp, BBO# 554980
                                           daryl.lapp@lockelord.com
                                        Margaret Brown, BBO #712003
                                           margaret.brown@lockelord.com
                                        LOCKE LORD, LLP
                                        111 Huntington Avenue, 9th Floor
                                        Boston, MA  02199
August 27, 2024                         617.239.0100

**Certificate of Service**

I certify that on August 27, 2024, I caused a copy of this document to be served upon the plaintiff by email and first-class mail.

                                        */s/ Daryl J. Lapp*
                                        Daryl J. Lapp

138533030v.1