UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE (a pseudonym),

     Plaintiff

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

     Defendant

Civil Action No.: 1:23-cv-11490-PBS

## DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION UNDER SEAL

On or about August 19, 2024, Plaintiff filed a "Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. (59)(e)," which is under seal. The motion concerns Plaintiff's desire to proceed in this case pseudonymously.

Defendant Massachusetts Institute of Technology ("MIT") will file a brief opposition to Plaintiff's motion. Because Plaintiff filed his motion under seal, MIT requests leave to file its opposition in the same manner, to remain under seal until further order of the Court.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

/s/ Daryl J. Lapp
Daryl J. Lapp, BBO# 554980
  daryl.lapp@lockelord.com
Margaret Brown, BBO #712003
  margaret.brown@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199
617.239.0100

August 27, 2024

### Certificate of Service

I certify that on August 27, 2024, I caused a copy of this document to be served upon the plaintiff by email and first-class mail.

/s/ Daryl J. Lapp
Daryl J. Lapp

9/2/24 ALLOWED

138533030v.1