UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Civil Action No.: 1:23-cv-11490-PBS<br><br>**TO BE FILED UNDER SEAL** |

### PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) AND MEMORANDUM IN SUPPORT

Plaintiff John Doe ("Plaintiff"), proceeding pro se, respectfully moves this Court pursuant to Fed. R. Civ. P. 59(e) to alter or amend its orders denying Plaintiff's use of a pseudonym (Doc. Nos. 61, 63) (the "Orders"). In support of this motion, Plaintiff states as follows:

**Legal Standard**

A district court may grant a Rule 59(e) motion to "correct manifest errors of law or fact or to present newly discovered evidence." _Biltcliffe v. CitiMortgage, Inc._, 772 F.3d 925, 930 (1st Cir. 2014) (quoting _Pomerleau v. W. Springfield Pub. Sch._, 362 F.3d 143, 146 n.2 (1st Cir. 2004)). Such motions are "aimed at reconsideration, not initial consideration." _Id._ (quoting _Rivera v. Puerto Rico_, 706 F.3d 98, 101 (1st Cir. 2013)).

**Grounds for Reconsideration**

Plaintiff respectfully requests reconsideration on three grounds:

a. Clear error of fact regarding Plaintiff's allegations of gender discrimination;

b. Manifest injustice to nonparties whose privacy interests may be affected; and

c. Newly available evidence in the form of a forthcoming Second Amended Complaint ("SAC") and expert affidavit.

9/11/24
DENIED. A revised complaint with plaintiff's name shall be filed.
Patti B. Saris