## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE (pseudonym),

     Plaintiff,

  v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

     Defendant.

Civil Action No.: 1:23-cv-11490-PBS

### NOTICE OF APPEAL

Notice is hereby given that John Doe, plaintiff in the above-captioned case, proceeding

pro se, appeals to the United States Court of Appeals for the First Circuit from the following

orders of the United States District Court for the District of Massachusetts:

1.     The order entered July 22, 2024 titled "MEMORANDUM AND ORDER" (Doc.

No. 61);

2.     The order entered July 25, 2024 titled "PROCEDURAL ORDER" (Doc. No. 63);

3.     The order entered September 11, 2024 titled "ORDER entered re Dk 66

(SEALED) Motion to Alter or Amend Judgment by John Doe." (Doc. No. 68); and

4.     The instruction recorded on the docket on September 13, 2024 titled "SET

DEADLINES as to : REVISED COMPLAINT due by 9/27/2024" (Doc. No. 71).

These orders collectively deny Plaintiff's motion to proceed using a pseudonym.

Respectfully submitted,

**/s/ John Doe**
John Doe, Plaintiff

Dated: September 27, 2024

John Doe
26 New Derby St #301
Salem, MA 01970
john.doe.cv11490@gmail.com

## CERTIFICATE OF SERVICE

I, John Doe, hereby certify that on September 27, 2024, I caused true and correct copies of the foregoing Notice of Appeal to be served as follows:

Via first-class mail, postage prepaid, upon:

> Daryl J. Lapp, Esq.
> Locke Lord LLP
> 111 Huntington Avenue
> Boston, MA 02199

Via courier hand delivery, three copies to:

> Clerk of Courts
> United States District Court for the District of Massachusetts
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210

**/s/ John Doe**
John Doe, Plaintiff

Dated: September 27, 2024