**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Doe v. Massachusetts Institute of Technology

District Court Number: 23cv11490-PBS

---

Fee:   Paid?   Yes ____   No _X_   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending         Yes ____ No _X_              Sealed documents        Yes _X_ No ____
*If yes, document #*    _____             *If yes, document #*    36,46,47,53,54,59,63,65,66,69

Ex parte documents      Yes _X_ No ____              Transcripts             Yes ____ No _X_
*If yes, document #*    2                            *If yes, document #*    _____

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#61 Memorandum and Order, #63 Procedural Order, #70 Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#61, #63, #70, and #73

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 73 filed on September 27, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 30, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**