# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

John Doe,
   Plaintiff,

     v.

CA No. 23- 11490-PBS

Massachusetts Institute of Technology,
     Defendant.

SARIS, D.J.

## ORDER OF ADMINISTRATIVE STAYED/CLOSURE

It is hereby **ORDERED** that the above-captioned case is hereby administratively stayed/closed pending appeal without prejudice to the right of any party to restore it to the active docket upon appeal concluded.

            By the Court:

            Robert M. Farrell
            Clerk of Court

            /s/ C. Geraldino-Karasek
              Deputy Clerk

Dated: October 4, 2024