UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE (pseudonym),<br><br>　　　　Plaintiff,<br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　Defendant. | Civil Action No.: 1:23-cv-11490-PBS<br><br>REQUEST FOR HEARING |

### PLAINTIFF JOHN DOE'S MOTION FOR RELIEF FROM JUDGMENT AND PROPOSED INTERVENOR JANE SMITH'S MOTION TO INTERVENE, AND IF GRANTED, FOR SIMILAR RELIEF (Fed. R. Civ. P. 60(b), 24(a), 24(b))

　　　　John Doe ("Plaintiff") and Jane Smith ("Proposed Intervenor"), both proceeding pro se, respectfully move this Court pursuant to Rule 60(b), Rule 24(a) and Rule 24(b), and this Court's inherent authority, for the reasons set forth in Plaintiff's and Proposed Intervenor's Accompanying Memorandum of Law filed provisionally under seal pursuant to this Honorable Court's STANDING PROCEDURAL CIVIL ORDER RE: SEALING COURT DOCUMENTS, for relief from the following:

　　　　(a) the order entered July 22, 2024 titled "MEMORANDUM AND ORDER" (Doc. No. 61),

　　　　(b) the order entered July 25, 2024 titled "PROCEDURAL ORDER" (Doc. No. 63); and

　　　　(c) the order entered September 11, 2024 titled "ORDER entered re Dk 66 (SEALED) Motion to Alter or Amend Judgment by John Doe" (Doc. No. 68).

Dated: July 22, 2025

Respectfully submitted,

/s/ John Doe

John Doe, Pro Se Plaintiff

ASPIRE
c/o John Doe
6 Liberty Sq Suite 94450
Boston, MA 02109
john@joinaspire.org
(617) 798-0945

/s/ Jane Smith

Jane Smith, Seeking Intervention Pro Se

ASPIRE
c/o Jane Smith
6 Liberty Sq Suite 94450
Boston, MA 02109
jane@joinaspire.org
(617) 798-0945

**CERTIFICATE OF SERVICE**

I, John Doe, hereby certify that on July 22, 2025, I caused true and correct copies of the foregoing to be served as follows:

Via first-class mail, postage prepaid, upon:

>   Daryl J. Lapp, Esq.
>   Locke Lord LLP
>   111 Huntington Avenue
>   Boston, MA 02199

Via courier hand delivery to:

Clerk of Courts
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

*/s/ John Doe*
John Doe, Plaintiff

Dated: July 22, 2025