# United States Court of Appeals
## For the First Circuit

No. 24-1888

JOHN DOE, (pseudonym),

Plaintiff - Appellant,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendant - Appellee.

**JUDGMENT**

Entered: February 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-Appellant John Doe is presently in default for failure to file a brief.

By order entered on January 14, 2026, Appellant John Doe was directed to file a motion in compliance with Local Rule 11.0(c), detailing the need for filing a sealed unredacted brief and a redacted brief for the public docket. Appellant was warned that failure to comply by January 28, 2026, may lead to dismissal of the appeal. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be <u>dismissed</u>. <u>See</u> 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John Doe
Daryl J. Lapp