UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| JOHN DOE (pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Civil Action No. 1:23-cv-11490-PBS |

## NOTICE OF INTENT TO FILE AMENDED COMPLAINT

At the April 9, 2026 status conference, this Court ordered Plaintiff to file an amended complaint using his true name by close of business Monday, April 13, 2026. Plaintiff understood the Court to indicate that notifying the Court of his intent to comply would suffice if he was unable to hand-file before the Clerk's office closed.

Plaintiff hereby notifies the Court that he intends to file a Second Amended Complaint stating his true name in the caption, together with a motion seeking relief within the Court's discretion to protect the privacy and safety of certain nonparties, including students who are witnesses in this case. Plaintiff will hand-file both documents with the Clerk's office on the morning of April 14, 2026.

Respectfully submitted,

/s/ John Doe

John Doe, Pro Se Plaintiff
6 Liberty Sq Suite 94450
Boston, MA 02109
john@joinaspire.org
(617) 798-0945
Dated: April 13, 2026

1

## CERTIFICATE OF SERVICE

I, John Doe, hereby certify that on April 13, 2026, I caused service of the foregoing Notice of Intent to File Amended Complaint as set out below:

Via first-class mail and email:
Daryl J. Lapp, Esq.
Troutman Pepper Locke LLP
111 Huntington Avenue, 9th Floor
daryl.lapp@troutman.com
nathalie.vega@troutman.com

Via courier hand delivery:
Clerk of Courts
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Via first-class mail and email:
Eugene Volokh
Senior Fellow, Hoover Institution
434 Galvez Mall
Stanford, CA 94305
volokh@stanford.edu

/s/ John Doe
John Doe, Pro Se Plaintiff

2