UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN JARBOE,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>Defendant. | Civil Action No. 1:23-cv-11490-PBS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Julian Jarboe, proceeding pro se, appeals to the United States Court of Appeals for the First Circuit from the following orders and actions of this Court.

1.  The Electronic Order entered May 11, 2026 (D. 112), which determined that the case would no longer proceed under the pseudonym "John Doe," directed that the case caption be changed to state Plaintiff's name, and directed that the docket entry summarizing the May 8, 2026 proceedings (D. 111) revert to including Plaintiff's name, thereby revoking Plaintiff's pseudonymity. This appeal encompasses any subsequent order, directive, or docket modification implementing that determination, including the modification of the case caption.

1

2.    The interlocutory orders and directives preceding and leading up to that order that decided issues of sealing and pseudonymity, and other interlocutory orders, including without limitation: the denial of Plaintiff's request for a hearing; the denial of Plaintiff's request for permission to submit briefing; orders or directives that telephonic communications between Plaintiff and the Clerk's Office be entered on the docket; the oral orders issued at or in connection with the status conferences of April 9, 2026 (D. 100) and May 8, 2026 (D. 111); and the Electronic Order entered May 11, 2026 (D. 114) denying as moot Plaintiff's emergency motion to temporarily redact the docket entry disclosing Plaintiff's name (D. 113). Not all such orders and directives have been entered on the docket. Plaintiff is ordering the transcripts of the relevant status conferences in the ordinary course to identify those orders specifically and will seek their entry on the docket. This Notice encompasses them by category pending that identification.

3.   The action or actions of the Court unsealing court records that had previously been ordered sealed, taken after Plaintiff filed a prior notice of appeal in this case (D. 73, September 27, 2024; First Circuit No. 24-1888). Those unsealing actions were not entered on the docket, and Plaintiff, a pro se paper filer who does not receive electronic notice of docket modifications, does not have access to the docket entry history needed to identify with certainty the specific records affected, the dates of the actions, or whether they were taken on a party's request, as a clerk's procedural action, or by judicial order. Plaintiff's position is that the time to appeal from those actions has not begun to run because they have not been entered on the docket. Plaintiff will seek their entry separately and will identify the specific records and dates as soon as possible. This Notice is filed protectively to preserve appeal from each such unsealing action.

Orders denying or revoking pseudonymity are immediately appealable in this Circuit under the collateral order doctrine, see Doe v. Massachusetts Institute of Technology, 46 F.4th 61 (1st Cir. 2022), as are orders unsealing previously sealed records, see Siedle v. Putnam Investments, Inc., 147 F.3d 7 (1st Cir. 1998).

This Notice of Appeal is filed pursuant to Federal Rules of Appellate Procedure 3 and 4.

Respectfully submitted,

Julian Jarboe, Plaintiff Pro Se
6 Liberty Square, Suite 94450
Boston, MA 02109
john@joinaspire.org
(617) 798-0945
Dated: June 10, 2026

## CERTIFICATE OF SERVICE

I, Julian Jarboe, hereby certify that on June 10, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served via first-class mail and, supplementally, email upon:

Daryl J. Lapp, Esq.
Troutman Pepper Locke LLP
111 Huntington Avenue
Boston, MA 02199
daryl.lapp@troutman.com

Nathalie Vega Orlandini, Esq.
Troutman Pepper Locke LLP
2800 Financial Plaza
Providence, RI 02903
nathalie.orlandini@troutman.com

Eugene Volokh (Intervenor, Pro Se)
Senior Fellow, Hoover Institution
434 Galvez Mall
Stanford, CA 94305
volokh@stanford.edu

Julian Jarboe, Plaintiff Pro Se