UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIAN JARBOE,

Plaintiff,

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

Defendant.

Civil Action No. 1:23-cv-11490-PBS

## NOTICE OF APPEAL OF PROPOSED INTERVENORS JANE SMITH AND ASPIRE

Notice is hereby given that Jane Smith, proceeding pro se on her own behalf and on behalf of the association ASPIRE, as proposed intervenors, protectively appeal to the United States Court of Appeals for the First Circuit as set forth below.

1.    On May 26, 2026, Smith moved for limited intervention in this case, individually and on behalf of ASPIRE and affected persons (D. 119). That motion is pending and has not been decided.

2.    ASPIRE is a membership association whose members include individuals other than Smith and Plaintiff, and the association accordingly has membership interests of its own in the orders and actions designated below. The privacy interests of affected nonparties are reflected in the record, including in the exhibits to Plaintiff's publicly filed motion for a temporary restraining order, which identify 54 individuals with privacy interests. See D. 103 (April 15, 2026); D. 103-1 (Exhibits A-C, including Exhibit B, Table of Individuals with Privacy Interests).

1

3. Because their motion to intervene remains undecided, Smith and ASPIRE file this Notice protectively, to preserve their appellate rights in the event intervention is granted or they are otherwise entitled to appeal. They protectively appeal from the same orders and actions of this Court designated in the Notice of Appeal filed this date by Plaintiff Julian Jarboe, namely:

   a. The Electronic Order entered May 11, 2026 (D. 112), which determined that the case would no longer proceed under the pseudonym "John Doe," directed that the case caption be changed to state Plaintiff's name, and directed that the docket entry summarizing the May 8, 2026 proceedings (D. 111) revert to including Plaintiff's name, thereby revoking Plaintiff's pseudonymity, together with any subsequent order, directive, or docket modification implementing that determination;

   b. The interlocutory orders and directives preceding and leading up to that order that decided issues of sealing and pseudonymity, including without limitation the oral orders issued at or in connection with the status conferences of April 9, 2026 (D. 100) and May 8, 2026 (D. 111), and the Electronic Order entered May 11, 2026 (D. 114), as more fully designated in Plaintiff's Notice of Appeal filed this date, including the orders and directives designated there by category that have not been entered on the docket; and

c.    The action or actions of the Court unsealing court records that had previously been ordered sealed, taken after Plaintiff filed a prior notice of appeal in this case (D. 73, September 27, 2024; First Circuit No. 24-1888), which were not entered on the docket, as designated in Plaintiff's Notice of Appeal filed this date.

4.    In addition, to the extent the Court's not having decided the motion to intervene (D. 119) before the expiration of the time to appeal the orders and actions designated above operates as an effective denial of intervention, Smith and ASPIRE appeal from that effective denial as well.

This Notice of Appeal is filed pursuant to Federal Rules of Appellate Procedure 3 and 4.

Respectfully submitted,

Jane Smith, Proposed Intervenor, pro se, on her own behalf and on behalf of ASPIRE
ASPIRE c/o Jane Smith
6 Liberty Sq Suite 94450
Boston, MA 02109
jane@joinaspire.org
(617) 798-0945
Dated: June 10, 2026

3

## CERTIFICATE OF SERVICE

I, Jane Smith, hereby certify that on June 10, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served via first-class mail, postage prepaid (and additionally by email where an email address is listed) upon:

Daryl J. Lapp, Esq.
Troutman Pepper Locke LLP
111 Huntington Avenue
Boston, MA 02199
daryl.lapp@troutman.com

Nathalie Vega Orlandini, Esq.
Troutman Pepper Locke LLP
2800 Financial Plaza
Providence, RI 02903
nathalie.orlandini@troutman.com

Eugene Volokh (Intervenor, Pro Se)
Senior Fellow, Hoover Institution
434 Galvez Mall
Stanford, CA 94305
volokh@stanford.edu

Julian Jarboe (Plaintiff, Pro Se)
6 Liberty Square, Suite 94450
Boston, MA 02109
john@joinaspire.org

Jane Smith, Proposed Intervenor, pro se, on her own behalf and on behalf of ASPIRE

4